UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>FORD CITY CONDOMINIUM ASSOCIATION | BK No.: 21-05193<br>Chapter: 11<br>Honorable Carol A. Doyle |
| Debtor(s)<br>FORD CITY CONDOMINIUM ASSOCIATION | Adv. No.: 21-00183 |
| Plaintiff(s)<br>THE PROPERTY LAW GROUP, LLC | |
| Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court upon the Motion (the "Motion") of William Avellone (the "Trustee"), the subchapter V Trustee in the above-captioned case, pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure, for entry of summary judgment in favor of the Trustee and against The Property Law Group, LLC, on Count I of the Complaint,

IT IS HEREBY ORDERED THAT:

Summary judgment is entered in favor of the Trustee and against Defendant in the amount of $25,125.00, plus post-judgment interest under 11 U.S.C. §§ 547(b) and 550(a).

Enter: *[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 21, 2022

**Prepared by:**

Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel.: 312.360.6000